IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE J. SHAW,

    Plaintiff,

v.

KIMBERLY METZEN,

    Defendant.

JUDGMENT IN A CIVIL CASE

13-cv-847-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kimberly Metzen granting her motion for summary judgment and dismissing this case.

/s/

Peter Oppeneer, Clerk of Court

9/1/2015

Date